EXHIBIT A

*[handwritten: Personally Accepted ✓ in behalf of CHLIC 8/8/22 9:45 am]*

### SUMMONS

Attorney(s) Callagy Law, PC

Office Address  650 From Rd., Ste. 240

Town, State, Zip Code  Paramus, NJ 07652

Telephone Number  201-889-6119

Attorney(s) for Plaintiff

Monmouth County Pain Management

Plaintiff(s)

vs.

Cigna Health and Life Insurance

Company, et al.

Defendant(s)

## Superior Court of New Jersey

Middlesex   County

Law   Division

Docket No:  MID-L-2063-22

## CIVIL ACTION
## SUMMONS

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

*s/ Michelle Smith*

Clerk of the Superior Court

*[stamp: A True Copy Attest: Process Server Sandra Yale]*

DATED:  08/02/2022

Name of Defendant to Be Served:  Cigna Health and Life Insurance Company

Address of Defendant to Be Served:  900 Cottage Grove Road Bloomfield, CT 06002

MONMOUTH COUNTY
SUPERIOR COURT
PO BOX 1270
FREEHOLD        NJ 07728

                                    TRACK ASSIGNMENT NOTICE

COURT TELEPHONE NO. (732) 358-8700
COURT HOURS  8:30 AM - 4:30 PM


                    DATE:   JULY 29, 2022
                    RE:     MONMOUTH COUNTY PAIN  MANAGEME  VS CIGNA HEALTH A
                    DOCKET: MON L -002063 22


    THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

    DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

    THE PRETRIAL JUDGE ASSIGNED IS:  HON KATHLEEN A. SHEEDY

    IF YOU HAVE ANY QUESTIONS, CONTACT TEAM      003
AT:  (732) 358-8700 EXT 87871.

    IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
    PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                    ATTENTION:

                        ATT: LORI B. SHLIONSKY
                        CALLAGY LAW
                        650 FROM RD
                        STE 565
                        PARAMUS        NJ 07652

ECOURTS

CALLAGY LAW, P.C.
*A Limited Liability Company*
Lori B. Shlionsky (Bar Id. 205322017)
Mack-Cali Centre II
650 From Road, Suite 240
Paramus, New Jersey 07652
Phone: (201) 261-1700
Fax: (201) 549-6236
E-mail: lshlionsky@callagylaw.com
Attorneys for Plaintiff, Monmouth County Pain Management, Dr. Brian Bannister

| | |
|---|---|
| **MONMOUTH COUNTY PAIN MANAGEMENT, DR. BRIAN BANNISTER A/S/O PATIENT PATRICIA W.**<br><br>        **Plaintiff,**<br><br>              **v.**<br><br>**CIGNA HEALTH AND LIFE INSURANCE COMPANY, and SETON HALL UNIVERSITY,**<br><br>        **Defendants.** | **: SUPERIOR COURT OF NEW JERSEY**<br>**: LAW DIVISION: CIVIL PART**<br>**: MONMOUTH COUNTY**<br>:<br>**: DOCKET NO.:**<br>:<br>:                **CIVIL ACTION**<br>:<br>:                **COMPLAINT**<br>:<br>:<br>:<br>: |

Monmouth County Pain Management, Dr. Brian Bannister ("Provider") on assignment of Patricia W. ("Patient" or "Principal") (collectively "Plaintiff") by way of Complaint against Cigna Health and Life Insurance Company  and Seton Hall University ("Defendant(s)"), asserts:

## THE PARTIES

1.      For all relevant times herein, Plaintiff is and was a healthcare provider in the State of New Jersey whose principal place of business is 432 Ocean Blvd., Unit 201, Long Branch, NJ 07740.

2.      Upon information and belief, Defendants were present and engaged in significant activities in the State of New Jersey to sustain this Court's exercise of *in personam* jurisdiction.

3.      Venue and Jurisdiction is proper in the Monmouth County Superior Court because the Plaintiff resides in Monmouth County.

## **ANATOMY OF THE CLAIM**

1.      Upon information and belief, at all material times Principal had health insurance through her employer, Seton Hall University, which provided health insurance benefits via a group insurance contract administered by third-party Cigna Health and Life Insurance Company.

2.      At the time of the subject surgery Principal's selected medical benefit option was the Open Access Plus Medical Benefits, OAP1. See **Exhibit A**.

3.      Patient presented to the operating room of the Hudson Regional Hospital, located at 55 Meadowland Parkway, Secaucus, New Jersey 07094 on September 11, 2019, with severe radiating back and leg pain with neurologic claudication brought on by severe spinal stenosis at L3-L4, L4-L5, and L5-S1.  See **Exhibit B**.

4.      On September 11, 2019, Dr. Brian Bannister, medical provider with Monmouth County Pain Management, provided medically necessary and reasonable services to Patient. Id.

5.      Patient underwent an L3 laminectomy, an L4 laminectomy, an L5 laminectomy and a partial S1 laminectomy on September 11, 2019.  Id.

6.      At the time of the subject surgical procedure, Dr. Brian Bannister, medical provider with Monmouth County Pain Management was not participating in the network of providers associated with the benefits provided by the plan. See **Exhibit C**.

7.      The subject complex spinal surgery performed by the Out-of-Network provider Dr. Brian Bannister, medical provider with Monmouth County Pain Management, qualifies as a covered medical procedure pursuant to the terms of the Summary Plan Description (hereinafter "SPD").  See **Exhibit D**. (Page 19 of SPD).

2

8.     The bill for this service, submitted to Defendant by way of health insurance claim forms (hereinafter "HICFs"), was $200,900.00. See **Exhibit E**.

9.     On April 2, 2020, Defendants allowed reimbursement for these surgical services rendered by Dr. Brian Bannister in the total amounts of $623.88. See **Exhibit C**.

10.    This represents an underpayment of approximately $26,585.82, considering applicable pay rates.

11.    The Plan's SPD allows for reimbursement to out-of-network providers such as Dr. Brian Bannister of Monmouth County Pain Management pursuant to the Maximum Reimbursable Charge. See **Exhibit D**.

12.    The SPD defines the Maximum Reimbursable Charge as:

The Maximum Reimbursable Charge is determined based on the lesser of the provider's normal charge for a similar service or supply; or

A policyholder selected percentage of a schedule developed by the Insurance Company that is based upon the methodology similar to the methodology utilized by Medicare to determine the allowable fee for the same or similar services within the geographic market. (The Insurance Company may apply a rate higher than the Medicare allowable rate.)

A Medicare based schedule will not be used in determining the Maximum Reimbursable charge for:

- Charges made by providers not participating in Medicare or that do not submit their Medicare ID with the claim;

- Covered Services which Medicare has not established a rate; and

- The following Covered Services until such time as the Insurance Company has implemented a Medicare-based schedule for them: certain ambulance services, treatment of end state renal disease, Home Health Care, Skilled Nursing Facility, and inpatient rehabilitation.

In these situations:

- The Maximum Reimbursable Charge is determined based on the lesser of:

    o The provider's normal charge for a similar service or supply; or

    o The 80th percentile of charges made by providers of such service or supply in the geographic area where it is received as compiled in a database selected by the Insurance Company.

See **Exhibit D** (SPD at page 16).

13.     The medical provider, Dr. Brian Bannister, of Monmouth County Pain Management did not submit a Medicare ID with the claim associated with the instant surgical procedure. See **Exhibit E**.

14.     Because this claim was not submitted to Medicare or with any Medicare ID, the applicable pay rate for this claim is the "80th percentile of charges made by providers of such service or supply in the geographic area where it is received as compiled in a database selected by the Insurance Company." See **Exhibit C**.

15.     Plaintiff disputes the calculation Defendant used to establish the allowed reimbursement for CPT codes 63048 (3 times), 63047 and 76000, wherein Defendant reimbursed Plaintiff $75.50 (3 times) and $397.38 and $0, respectively, far below the Plan's reimbursement rate. See **Exhibit C** and **Exhibit D** at Page 16.

16.     Plaintiff appealed Defendant's determination on multiple occasions.

17.     In fact, pursuant to Defendant's correspondence of June 12, 2020, plaintiff has exhausted the appeals process. See **Exhibit F**.

18.     Thus, Plaintiff has exhausted all administrative remedies.

19.     Dr. Brian Bannister of Monmouth County Pain Management, proceeding on an Assignment of Benefits from Patient, brought suit.

20.     Accordingly, Plaintiff brings this action for the recovery of the balance of benefits due to Principal under the Plan for the treatment rendered to him by Dr. Brian Bannister.

## FIRST CAUSE OF ACTION
### (Breach of Contract)

1.     Plaintiff repeats and restates the allegations in the preceding paragraphs of the Complaint as if fully set forth at length herein.

2.     As a result of the foregoing, Defendants provide health insurance benefits to the insured Patient and through their actions breached the contract with the Patient.

3.     As a result of Defendants actions, Plaintiff has been damaged in an amount of $26,585.82 for date of service September 11, 2019, cost of suit, attorneys' fees, plus interest, thereon and any other relief as the Court deems just and equitable under the circumstances.

## SECOND CAUSE OF ACTION
### (Unjust Enrichment)

4.     Plaintiff repeats and restates the allegations in the preceding paragraphs of the Complaint as if fully set forth at length herein.

5.     Defendant was unjustly enriched at the expense of the Plaintiff.

6.     Plaintiff provided services to Patient, the Defendants insured, and the Plaintiff was underpaid pursuant to the health benefit plan.

7.    As a direct and proximate result of the Defendant's actions and unjust enrichment, Plaintiff has suffered, and will continue to suffer, substantial monetary damages.

8.    As a result of Defendants actions, Plaintiff has been damaged in an amount of $26,585.82 for date of service September 11, 2019, cost of suit, attorneys' fees, plus interest, thereon and any other relief as the Court deems just and equitable under the circumstances.

## THIRD CAUSE OF ACTION
### (Promissory Estoppel)

9.    Plaintiff repeats and restates the allegations in the preceding paragraphs of the Complaint as if fully set forth at length herein.

10.    Defendant made representations to Plaintiff concerning payment in accordance with the health benefit plan or Summary Plan Description ("SPD").

11.    Defendant failed to comply with the terms of the Summary Plan Description.

12.    Plaintiff reasonably relied upon the representations made by the SPD.

13.    As a result of Defendants actions, Plaintiff has been damaged in an amount of $26,585.82 for date of service September 11, 2019, cost of suit, attorneys' fees, plus interest, thereon and any other relief as the Court deems just and equitable under the circumstances.

## FOURTH CAUSE OF ACTION
### (Breach of Duty of Good Faith and Fair Dealing)

14.    Plaintiff repeats and restates the allegations in the preceding paragraphs of the Complaint as if fully set forth at length herein.

15.    Defendants owed Plaintiff an obligation to act in good faith and deal fairly with him regarding the terms of the SPD.

16. By engaging in the misconduct alleged herein, Defendants breached their duty of good faith and fair dealing, which has damaged and continues to damage Plaintiff.

17. As a result of Defendants actions, Plaintiff has been damaged in an amount of $26,585.82 for date of service September 11, 2019, cost of suit, attorneys' fees, plus interest, thereon and any other relief as the Court deems just and equitable under the circumstances.

**WHEREFORE**, Plaintiff demands judgment against Defendants, as follows:

a. For an Order directing Defendant to pay to Plaintiff $26,585.82 for date of service (DOS);

b. For compensatory damages and interest;

c. For attorney's fees and costs of suit, if allowed by the Agreement; and

d. For such other and further relief as the court may deem just and equitable.

[Signature block continued on next page.]

**Dated: July 29, 2022**

Respectfully submitted,

CALLAGY LAW, PC

Lori B. Shlionsky (Bar Id. 205322017)
650 From Road, Suite 240
Paramus, New Jersey 07652
Telephone: (201) 261-1700
Facsimile: (201) 549-6237
E-mail: lshlionsky@callagylaw.com
*Attorney for Plaintiff*

## TRIAL COUNSEL DESIGNATION

Lori B. Shlionsky, Esq., is hereby designated as Trial Counsel in the above matter.

## R. 4:5-1(b)(2) CERTIFICATION

Pursuant to R. 4:5-1(b)(2), I hereby certify that the matter in controversy is not the subject of any other action pending in any court, is not the subject of a pending arbitration proceeding and is not the subject of any other contemplated action or arbitration proceeding, except as may be set forth below:

**None.**

I further certify that I know of no non-parties who should be joined in the action pursuant to R. 4:28, or who may be subject to joinder pursuant to R. 4:29-1(b) because of potential liability to any party on the basis of the same transactional facts, except as may be set forth below:

**None.**

8

Respectfully submitted,

CALLAGY LAW, PC

Lori B. Shlionsky (Bar Id. 205322017)
650 From Road, Suite 240
Paramus, New Jersey 07652
Telephone: (201) 261-1700
Facsimile: (201) 549-6237
E-mail: lshlionsky@callagylaw.com
*Attorney for Plaintiff*

A True Copy
Attest:

Process Server
Sandra Yade

9

Insured

Seton Hall University

Cigna Health and Life Insurance Co.

Coverage Effective Date:   01/01/2015

MultiPlan

Network Savings Program

**Open Access Plus**

No Referral Required

| | |
|---|---|
| PCP Visit | $20 |
| Specialist | $20 |
| Inpatient Hosp | $0 |
| Hospital ER | $75 |
| Urgent Care | $35 |

Network Coinsurance:

| | |
|---|---|
| In | 100%/0% |
| Out | 70%/30% |

may be asked to present this card when you receive care. The card does not guarantee cov

Must comply with all terms and conditions of the plan. Willful misuse of this card is consider

## ENT ADMISSION AND OUTPATIENT PROCEDURES:

Network provider must call the toll-free number listed below to pre-certify the above service

to your plan documents for your pre-certification requirements. Failure to do so may affect

s. In an emergency, seek care immediately, then call your primary care doctor as soon as

be for further assistance and directions on follow-up care within    48   hours.

claims to:

P. O. Box 182223, Chattanooga, TN 37422-7223

mer Service/Network Provider Services:   1-800-244-6224

ncourage you to use a PCP as a valuable resource and personal health advocate.

AWAY FROM H

```
MEDICAL RECORD
STATUS: UNSIGNED                                          Progress Notes
```

NOTE DATED: 09/11/2019 12:34
LOCAL TITLE: OR:OPERATIVE REPORT
VISIT: 09/11/2019 08:33 SAMEDAY SURGERY M



OPERATIVE REPORT

PREOPERATIVE DIAGNOSIS: Lumbar spinal stenosis.

POSTOPERATIVE DIAGNOSIS: Lumbar spinal stenosis.

PROCEDURES PERFORMED: L3 laminectomy, L4 laminectomy, L5 laminectomy, S1 partial laminectomy.

SURGEON: Joshua Rovner, MD

SURGICAL ASSISTANT: Brian Bannister, MD

ANESTHESIA: General endotracheal.

POSITION: Prone.

COMPLICATIONS: None.

CONDITION: Stable to PACU.

PREOPERATIVE INDICATIONS: Ms. Williams is a 53-year-old female with severe radiating back and leg?pain with neurogenic claudication. She was found to have spinal stenosis at L3-4, L4-5 and L5-S1. She failed an extensive course of nonsurgical treatment and was indicated for the above procedure, which was deemed to be medically necessary. Risks, benefits, and alternatives of the procedure were discussed with this patient at length. Risks included, but not limited to, bleeding, infection, wound dehiscence, nerve?damage, vascular? damage, anesthesia?complications, continued pain, paralysis and death. The patient understood the risks, benefits and alternatives, and agreed to undergo the above procedure.

DESCRIPTION OF THE PROCEDURE: On the date of surgery, the patient was seen and examined in the preop holding area. Risks, benefits, and alternatives were again discussed and consent was signed and witnessed. All questions were answered. No?guarantees were given. The patient was subsequently brought into the operating room and placed supine on the stretcher. General endotracheal anesthesia was induced and begun without difficulty. IV antibiotics were given prior to incision. Next,?the?patient was placed prone on a Wilson frame. Eyes were protected. Arms?were protected. All bony prominences were carefully padded. Low back was prepped and draped in a usual sterile fashion. Next, an incision was made from L3-4 to L5-S1. Careful dissection was made down to the lumbar fascia which was split in line with the incision. Subperiosteal dissection was made from L3 through S1 and deep? retractors were placed. Next, Leksell rongeurs as well as high-speed burrs and Kerrison rongeurs were used to create a central laminectomy of L3.

<div align="center">** THIS NOTE CONTINUED ON NEXT PAGE **</div>

---
MEDICAL RECORD
STATUS: UNSIGNED                                          Progress Notes
---

09/11/2019 12:34      ** CONTINUED FROM PREVIOUS PAGE **

Bilateral?subarticular decompressions were done also using a Kerrison rongeur
removing the ligamentum flavum and decompressing bilateral nerve roots.  Next,?
the?exact?same procedure was done at L4, the exact same procedure was done at
L5 and the cranial portion of S1 was taken in a way of partial laminectomy of
S1.  Central?decompression and bilateral subarticular and foraminal
decompressions were done at all three levels L3-4, L4-5 and L5-S1.  The dura
was completely decompressed at this procedure.  There was no evidence of dural
tear or complications.  There was no significant bleeding.  A deep medium
Hemovac drain was placed and 1 gm of vancomycin powder was placed in deep
subcutaneous tissues as an antibiotic?prophylaxis.  Next, fascia was closed
using interrupted Vicryl sutures and adipose as well as skin was closed in a
multilayered fashion.  The drain was placed to suction.  Dermabond, Steri-
Strips and clean dry sterile dressing were placed.  The?patient was placed
supine and awoken from general endotracheal anesthesia in stable condition
having tolerated the procedure well.

Postoperative plan will be for gentle activities as tolerated, pain control,
early?mobilization and close followup.


Joshua Rovner, MD

PTC/84
JOB: 0911-061
DDT: 09/11/2019 12:34
TDT: 09/12/2019 05:09

**DRAFT COPY - DRAFT COPY -- ABOVE NOTE IS UNSIGNED-- DRAFT COPY - DRAFT COPY**

Cigna Health and Life Insurance Company
SCRANTON CLAIM OFFICE
P.O. BOX 182223
CHATTANOOGA TN 37422-7223

**Cigna Health and Life Insurance Company**

SETON HALL UNIVERSITY

*Dr. Bannister (Asst.)*

 Cigna.

Date through which claims were processed:
04/02/2020

Payloc
768

**How to Contact Us**

✉ Mail to the return address in upper left corner of this page

☎ Phone:   (800) 244-6224

MONMOUTH CNTY PAIN MGMT
432 OCEAN BLVD UNIT 201
LONG BRANCH NJ  07740-5681

## *Provider Explanation of Medical Payment*

### *Understanding this Benefits Statement*

This page provides a summary of the payments made this period.

The accompanying pages give more detail on the claims we processed for this period. Please review both the front and back of each page to see how the benefit amounts in the Provider Explanation of Medical Payment Report were determined.

*In the event a claim is denied......*

### *Rights of Review and Appeal* - For Physician or Health Care Provider

If you have questions or disagree with the payment identified on this Explanation of Medical Payment Report, you may ask to have it reviewed.

If you have a contractual agreement with Cigna HealthCare, please refer to the procedural guidelines associated with your Cigna HealthCare contract, or call our office for assistance.

### *Federal Rights of Review and Appeal* - For Employee

• Call Member Services at the toll free number on this Explanation of Benefits (EOB) or your ID card if you have questions regarding this EOB.
• If you're not satisfied with this coverage decision, you can start the Appeal process by submitting a written request to the address listed in your plan materials within 180 days of receipt of this EOB (unless a longer time is permitted by state law or your plan).
• Send a copy of this EOB along with any relevant additional information (e.g. benefit documents, clinical records) which helps to demonstrate that your claim is covered under the plan. Contact Member Services if you need further instructions on how and where to send your request for review.
• Be sure to include your 1) Name, 2) Operation Location/Group Number, 3) Employee/Patient ID number, 4) Name of the patient and relationship, and 5) "Attention: Appeals Unit" on all supporting documents.
• You are entitled to receive free upon request access to , and copies of, all documents, records and other information relevant to your claim for benefits.
• You will be notified of the final decision in a timely manner, as described in your plan materials. If your plan is governed by ERISA, you also have the right to bring legal action under section 502(a) of ERISA following our review.

### Payment Summary

| Check Number: 00397878477 | Check Amount: $623.88 | Check Date:  04/02/2020 |
|---|---|---|

G2434D 07-21-2017  PROCLAIM Medical Provider EOP

Detach on Perforation Below - Please Cash Promptly



Cigna Health and Life Insurance Company

SETON HALL UNIVERSITY

CHECK #
00397878477
75-27/421

| DATE | Provider # |
|---|---|
| 04/02/2020 | 464029458   0010 |

Payloc 768

SIX HUNDRED TWENTY THREE   DOLLARS AND 88 CENTS

Pay   MONMOUTH CNTY PAIN MGMT
to the   432 OCEAN BLVD # 201
Order   LONG BRANCH NJ  07740-5681
of

Dollars $ |×××××××623.88|

Void if Not Cashed Within 180 Days

FIFTH THIRD BANK
NORTHERN, KENTUCKY
3384085

G2434D 07-21-2017  PROCLAIM Medical Provider EOP

*Benjamin F. Chester*

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK
ON THE BACK. HOLD AT AN ANGLE TO VIEW.

⑆397878477⑆ ⑈042100272⑈ 7481590250⑆

Cigna.

## Provider Explanation of Medical Payment Report

| | | Page 1. | See Note |
|---|---|---|---|

THIS IS NOT A BILL
Retain for Your Records

Date through which claims were processed
04/02/2020

Proclaim Provider EOP Summary

| Provider Number | Provider Name | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 464029458  0010 | MONMOUTH CNTY PAIN MGMT | | | | | | | | | | | | | |

Reminder: A coverage determination, prior authorization, or certification that is made prior to a service being performed is not a promise to pay for the service at any particular rate or amount. The patient's summary plan description governs amount payable, as every claim submitted is subject to all plan provisions, including, but not limited to eligibility requirements, exclusions, limitations, and applicable state mandates.

| Line | Procedure Date | Procedure Code | Adjusted Procedure Code | Billed Amount | Adjusted Procedure Code Amount | Allowed Amount | Not Covered/ Discount | Deduct/Copay Amount | Coinsurance Amount | DRG/ Per Diem / APC Type | DRG/ Per Diem / APC Number | DRG/ Per Diem/Pet Diem Amount | DRG/ Per Diem Benefit Amount | Plan Benefit Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 09/12/2019 | 63047 | | 95000.00 | | 397.38 | 94602.62 | | | | | 0.00 | 0.00 | 397.38 A0 |
| 2 | 09/12/2019 | 63048 | | 34500.00 | | 75.50 | 34424.50 | | | | | 0.00 | 0.00 | 75.50 A0 |
| 3 | 09/12/2019 | 63048 | | 34500.00 | | 75.50 | 34424.50 | | | | | 0.00 | 0.00 | 75.50 A0 |
| 4 | 09/12/2019 | 63048 | | 34500.00 | | 75.50 | 34424.50 | | | | | 0.00 | 0.00 | 75.50 A0 |
| 5 | 09/12/2019 | 76000 | 76000 | 2400.00 | | | 2400.00 | | | | | 0.00 | 0.00 | 0.00 A1 |
| | TOTAL | | | 200900.00 | | 625.88 | 200276.12 | | | | | | | 623.88 |

THE $500 OUT OF NETWORK INDIVIDUAL DEDUCTIBLE HAS BEEN SATISFIED FOR 2019
THE $2,000 OUT OF NETWORK INDIVIDUAL 'OUT-OF-POCKET LIMIT' HAS BEEN REACHED FOR 2019
THE $1,000 IN NETWORK INDIVIDUAL 'OUT-OF-POCKET LIMIT' HAS BEEN REACHED FOR 2019
$156,950.28 HAS BEEN APPLIED TO THE UNLIMITED ALL MEDICAL BENEFITS INDIVIDUAL LIFETIME MAXIMUM
$500.00 HAS BEEN APPLIED TOWARDS THE $1,000 OUT OF NETWORK FAMILY DEDUCTIBLE FOR 2019
$2,000.00 HAS BEEN APPLIED TOWARDS THE $4,750 OUT OF NETWORK FAMILY 'OUT-OF-POCKET LIMIT' FOR 2019
THE $2,000 IN NETWORK FAMILY 'OUT-OF-POCKET LIMIT' HAS BEEN REACHED FOR 2019

BALANCE.................. $197,876.12

PAYMENT OF     $625.88 TO MONMOUTH CNTY PAIN MGMT          DLP AK4

VIEW ELIGIBILITY, BENEFITS, AND CLAIM DETAILS AND GET PRECERTIFICATION
ANSWERS FAST AT THE CIGNA FOR HEALTH CARE PROFESSIONALS WEBSITE
(WWW.CIGNAFORHCP.COM)

A0) FOR OUT-OF-NETWORK SERVICES, CIGNA WILL REIMBURSE YOU
UP TO A SET MAXIMUM AMOUNT (KNOWN AS MAXIMUM
REIMBURSABLE CHARGE IN YOUR PLAN BOOKLET). YOUR HEALTH
CARE PROFESSIONAL MAY BILL YOU FOR ANYTHING ABOVE THIS
AMOUNT.

A1) THE PROCEDURE IS DISALLOWED BECAUSE THIS SERVICE OR A
COMPONENT OF THIS SERVICE WAS PREVIOUSLY BILLED BY
ANOTHER HEALTH CARE PROFESSIONAL.

G2436E  04-08-2016

Seton Hall University

OPEN ACCESS PLUS MEDICAL
BENEFITS

EFFECTIVE DATE: January 1, 2021

C3N026
CC13893

This document printed on September ... describes the ... of this document previously issued to you which determined your benefits.

Printed in USA

# Table of Contents

Certification ....................................................................................... 5

Special Plan Provisions .......................................................................... 7

Important Notices ................................................................................... 9

How To File Your Claim ........................................................................ 11

Eligibility - Effective Date .................................................................... 11

    Employee Insurance .......................................................................... 11

    Waiting Period ................................................................................. 12

    Employee Insurance .......................................................................... 12

Important Information About Your Medical Plan ..................................... 13

Open Access Plus Medical Benefits ....................................................... 14

    The Schedule ................................................................................... 14

    Certification Requirements - Out-of-Network ..................................... 17

    Prior Authorization/Pre-Authorized ................................................. 20

    Covered Expenses ............................................................................ 20

Exclusions, Expenses Not Covered and General Limitations ................... 39

Coordination of Benefits ...................................................................... 43

Payment of Benefits ............................................................................ 45

Termination of Insurance ..................................................................... 46

    Employees ...................................................................................... 46

    Dependents ..................................................................................... 47

    Continuation ................................................................................... 47

    Reinstatement ................................................................................. 49

Medical Benefits Extension Upon Policy Cancellation ............................. 49

Federal Requirements .......................................................................... 49

    Notice of Provider Directory/Networks .............................................. 50

    Qualified Medical Child Support Order (QMCSO) ............................... 50

    Special Enrollment Rights Under the Health Insurance Portability & Accountability Act (HIPAA) ... 50

    Effect of Section 125 Tax Regulations on This Plan ............................. 51

    Eligibility for Coverage for Adopted Children ..................................... 52

    Coverage for Maternity Hospital Stay ................................................ 52

    Women's Health and Cancer Rights Act (WHCRA) .............................. 53

    Group Plan Coverage Instead of Medicaid .......................................... 53

    Requirements of Medical Leave Act of 1993 (as amended) (FMLA) ...... 53

    Uniformed Services Employment and Re-Employment Rights Act of 1994 (USERRA) ... 53

    Claim Determination Procedures under ERISA ................................... 54

    COBRA Continuation Rights Under Federal Law .................................. 55

    ERISA .............................................................................................. 55

    ERISA Required Information ............................................................. 55

Notice of an Appeal or a Grievance ....................................................... 60

When You Have A Concern Or Complaint .......................................... iv I

Definitions ................................................................................................ iv I

## CIGNA HEALTH AND LIFE INSURANCE COMPANY

Cigna Corporation (hereinafter called Cigna) certifies that insurance certain Employees for the benefits provided by the following particulars

**POLICYHOLDER:** Seton Hall University

**GROUP POLICY(S):** COVERAGE
OPEN ACCESS PLUS MEDICAL BENEFITS

**EFFECTIVE DATE:** January 1, 2018

**THIS CERTIFICATE IS SUBJECT TO THE LAWS OF THE STATE OF NEW JERSEY:**

This certificate contains pre-admission certification and continued stay review provisions. Benefits under this certificate may be reduced in the event of noncompliance with the requirements of these provisions.

This certificate describes the main features of the insurance. It does not waive or alter any of the terms of the policy. If questions arise, the policy(ies) will govern.
This certificate takes the place of any other issued to you on a prior date which is described the insurance.

## Explanation of Terms

We find terms starting with capital letters throughout your certificate. To help you understand your benefits some of these terms begin in the Definitions section of your certificate.

## The Schedule

Below is a brief outline of your maximum benefits which may be payable under your insurance. For a full description of each benefit, refer to the appropriate section listed in the Table of Contents.



## Special Plan Provisions



## Important Notices

### Notice of Grandfathered Plan Status



Cigna

[illegible]

















Cigna

[illegible]

[illegible]

## CLAIM REMINDERS

[illegible]

### Timely Filing of Out-of-Network Claims

[illegible]

WARNING: [illegible]

## How To File Your Claim

[illegible]

## Eligibility - Effective Date

### Employee Insurance

[illegible]

### Eligibility for Employee Insurance

[illegible]

Cigna

## Important Information About Your Medical Plan

Details of your medical benefits are described on the following pages.

**Opportunity to Select a Primary Care Physician**

**Choice of Primary Care Physician:**

**Changing Primary Care Physicians:**

## Open Access Plus Medical Benefits
## The Schedule

### For You and Your Dependents

Open Access Plus Medical Benefits provide coverage for care In-Network and Out-of-Network...

### Coinsurance

The term Coinsurance means the percentage of charges for Covered Expenses that an insured person is required to pay under the plan.

### Copayments Deductibles

### Out-of-Pocket Expenses

Out-of-Pocket Expenses are Covered Expenses incurred for In-Network and Out-of-Network charges that are that are not paid by the Plan if the limit listed...

### Accumulation of Plan Out of Pocket Maximums

### Multiple Surgical Reduction



## Open Access Plus Medical Benefits
### The Schedule

Assistant Surgeon and Co-Surgeon Charges

Assistant Surgeon

The maximum amount payable will be limited to charges made by an assistant surgeon that do not exceed a percentage of the surgeon's allowable charge as specified in Cigna Reimbursement Policies. (For purposes of this limitation, allowable charge means the amount payable to the surgeon prior to any reductions due to coinsurance or deductible amounts.)

Co-Surgeon

The maximum amount payable for charges made by co-surgeons will be limited to the amount specified in Cigna Reimbursement Policies.

| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| Lifetime Maximum | | Unlimited |
| The Percentage of Covered Expenses the Plan Pays | 100% | 70% |
| Note:<br>"No charge" means no insured person is not required to pay any Copayment. | | |



myCigna.com





| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| Note: The covered charges because for the difference between the provider's actual charge and the Maximum Reimbursable Charge, in addition to any coinsurance requirements and deductible. | | |
| Calendar Year Deductible | | |
| Individual | Not Applicable | $100 per person |
| Family Maximum | Not Applicable | $5,000 per family |
| Family Maximum Calculation Individual Calculation: Family members meet only their individual deductible and then their claims will be covered under the plan coinsurance. If the family deductible has been met prior to their individual deductible being met, their claims will be paid at the plan coinsurance. | | |
| Out-of-Pocket Maximum | | |
| Individual | $1,000 per person | $1,000 per person |
| Family Maximum | $2,000 per family | $4,750 per family |
| Family Maximum Calculation Individual Calculation: Family members meet only their individual Out-of-Pocket and then their claims will be covered at 100% if the family Out-of-Pocket has been met prior to their individual Out-of-Pocket being met, their claims will be paid at 100% | | |





| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Physician's Services** | | |
| Primary Care Physician's Office Visit | No charge after $15 per office visit co-pay | YPs after plan deductible |
| Specialty Care Physician's Office Visit | No charge after $15 Specialist per office visit co-pay | YPs after plan deductible |
| Consultant and Referral Physician's Services | | |
| Note: OB/GYN providers will be considered either as a PCP or Specialist depending on how the provider contracts with the Insurance Company | | |
| Surgery Performed in the Physician's Office | No charge after the $15 PCP or $15 Specialist per office visit copay | YPs after plan deductible |
| Second Opinion Consultations (provided on a voluntary basis) | No charge | No charge |
| Allergy Treatment/Injections | No charge after either the $15 PCP or $15 Specialist per office visit copay, or the subsequent charge, whichever is less | YPs after plan deductible |
| Allergy Serum (dispensed by the Physician in the office) | No charge | YPs after plan deductible |
| **Preventive Care (according to USPSTF recommendations) - all ages** | | |
| • Cholesterol screenings for lipid disorders | No charge | YPs after plan deductible |
| • Immunizations (including lead poisoning screening for children, medical follow-up care and treatment) and physical examinations | | |
| • Pneumococcal and influenza vaccinations | | |
| • Alcohol misuse and behavioral counseling interventions | | |
| • Tobacco use screening of adults and tobacco cessation interventions | | |
| **Mammograms, PSA, PAP Smear** | | |
| Preventive Care Related Services (i.e. routine services) | No charge | YPs after plan deductible |
| Diagnostic Related Services (i.e. non-routine services) | Subject to the cost-share & benefit level based on place of service | Subject to the plan cost-share & benefit level based on place of service |





| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| Inpatient Hospital Facility Services | 100% | 70% after plan deductible |
| Semi-Private Room and Board | Limited to the semi-private room and board rate | Limited to the semi-private room rate |
| Private Room | Limited to the semi-private room and board rate | Limited to the semi-private room rate |
| Special Care Units (ICU/CCU) | Limited to the negotiated rate | Limited to the ICU/CCU daily room rate |
| Outpatient Facility Services Operating Room, Recovery Room, Procedure Room, Treatment Room and Observation Room | 100% | 70% after plan deductible |
| Inpatient Hospital Physician's Visits/Consultations | 100% | 70% after plan deductible |
| Inpatient Hospital Professional Services Surgeon Radiologist Pathologist Anesthesiologist | 100% | 70% after plan deductible |
| Outpatient Professional Services Surgeon Radiologist Pathologist Anesthesiologist | 100% | 70% after plan deductible |



| | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Emergency and Urgent Care Services** | | |
| Physician's Office Visit | No charge after the $10 PCP or $20 Specialist per office visit copay | No charge after the $10 PCP or $20 Specialist per office visit copay |
| Urgent Care Center Visit | No charge after $15 per visit copay* | No charge after $15 per visit copay* |
| | *waived if admitted | *waived if admitted |
| Physician/Professional Services (radiology, pathology, and lab services) | No charge | No charge |
| Urgent Care Facility or Outpatient Facility | No charge after $15 per visit copay* | No charge after $15 per visit copay* |
| | *waived if admitted | *waived if admitted |
| X-ray and/or Lab performed at the Emergency Room/Urgent Care Facility (billed by the facility as part of the ER/UC visit) | No charge | No charge |
| Independent x-ray and/or Lab Facility in connection with an ER visit | No charge | No charge |
| Advanced Radiological Imaging (i.e. MRIs, MRAs, CAT Scans, PET Scans etc.) | No charge | No charge |
| Ambulance | 100% | 100% |
| **Inpatient Services at Other Health Care Facilities** | 100% | 70% after plan deductible |
| Includes Skilled Nursing Facility, Rehabilitation Hospital and Sub-Acute Facilities | | |
| Calendar Year Maximum 60 days combined | | |
| **Laboratory and Radiology Services** (includes pre-admission testing) | | |
| Physician's Office Visit | No charge after the $20 PCP or $20 Specialist per office visit copay | 70% after plan deductible |
| Outpatient Hospital Facility | 100% | 70% after plan deductible |
| Independent X-ray and/or Lab Facility | 100% | 70% after plan deductible |



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| Advanced Radiological Imaging (i.e. MRIs, MRAs, CAT Scans, and PET Scans) | | |
| Physician's Office Visit | No charge | 50% after plan deductible |
| Inpatient Facility | 100% | 50% after plan deductible |
| Outpatient Facility | 100% | 50% after plan deductible |
| Outpatient Short-Term Rehabilitation Therapy<br><br>• Calendar Year Maximum<br>60 days for all therapies combined<br><br>Includes:<br>Cardiac Rehab<br>Physical Therapy<br>Speech Therapy<br>Occupational Therapy<br>Pulmonary Rehab<br>Cognitive Therapy<br><br>Note:<br>The Short-Term Rehabilitative Therapy maximum does not apply to the treatment of autism. | No charge after the $25 PCP or $40 Specialist per office visit copay<br><br>Note:<br>Outpatient Short Term Rehab copay applies regardless of place of service, including the home | 50% after plan deductible |
| Chiropractic Care<br><br>• Calendar Year Maximum<br>30 days<br>• Physician's Office Visit | No charge after the $25 PCP or $40 Specialist per office visit copay | 50% after plan deductible |
| Home Health Care<br><br>• Calendar Year Maximum<br>100 days (includes outpatient private duty nursing when approved as Medically Necessary) | 100% | 50% after plan deductible |
| Hospice<br><br>• Inpatient Services<br>• Outpatient Services<br>• Bereavement counseling as part of Hospice Health Care | 100%<br>100% | 50% after plan deductible<br>50% after plan deductible |



 Cigna

| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Bereavement Counseling** | | |
| Services provided as part of a hospice care | | |
| Inpatient | 100% | 70% after plan deductible |
| Outpatient | 100% | 70% after plan deductible |
| Services provided by a Mental Health Professional | Covered under Mental Health Benefits | Covered under Mental Health Benefits |
| **Maternity Care Services** | | |
| Initial Visit to Confirm Pregnancy | No charge after the $10 PCP or $20 Specialist per office visit copay | 70% after plan deductible |
| **Note:** OB/GYN providers will be considered either as a PCP or Specialist depending on how the provider contracts with the Insurance Company | | |
| All subsequent Prenatal Visits, Postnatal Visits and Physician's Delivery Charges (i.e. global maternity fee) | 100% | 70% after plan deductible |
| Physician's Office Visits in addition to the global maternity fee when performed by an OB/GYN or Specialist | No charge after the $10 PCP or $20 Specialist per office visit copay | 70% after plan deductible |
| Delivery - Facility (Inpatient Hospital, Birthing Center) | 100% | 70% after plan deductible |
| **Abortion** | | |
| Includes elective and non-elective procedures | | |
| Physician's Office Visit | No charge after the $10 PCP or $20 Specialist per office visit copay | 70% after plan deductible |
| Inpatient Facility | 100% | 70% after plan deductible |
| Outpatient Facility | 100% | 70% after plan deductible |
| Physician's Services | 100% | 70% after plan deductible |





| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| Family Planning Services | | |
| Physician's Office Visit (lab and radiology) | No charge after the $10 PCP or $20 Specialist per office visit copay | 50% after plan deductible |
| Includes | | |
| Infertility Treatment | | |
| Physician's Office Visit (Lab and Radiology Tests, Counseling) | No charge after the $10 PCP or $20 Specialist per office visit copay | 50% after plan deductible |
| Inpatient Facility | 100% | 50% after plan deductible |
| Outpatient Facility | 100% | 50% after plan deductible |
| Physician's Services | 100% | 50% after plan deductible |



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Cigna Transplant** | | |
| Includes all medically appropriate, non-experimental transplants | | |
| Physician's Office Visit | No charge after the $15 PCP or $25 Specialist per office visit copay | 70% after plan deductible |
| Inpatient Facility | 100% at Lifesource center otherwise 100% | 70% after plan deductible |
| Physician's Services | 100% at Lifesource center otherwise 100% | 70% after plan deductible up to specific organ transplant maximum: Heart - $150,000; Liver - $210,000; Bone Marrow - $170,000; Heart/Lung - $185,900; Lung - $185,900; Pancreas - $70,000; Kidney - $80,000; Kidney/Pancreas - $80,000 |
| Lifetime Travel Maximum Unlimited | No charge | No charge |
| **Durable Medical Equipment** Calendar Year Maximum Unlimited | 100% | 70% after plan deductible |
| **External Prosthetic Appliances** Calendar Year Maximum Unlimited | No charge | 70% after plan deductible |
| **Hearing Aid Maximum** | | |
| One hearing aid for each hearing impaired ear every 24 months for a dependent child under age 18 | | |
| **Diabetic Equipment** Calendar Year Maximum Unlimited | 100% | 70% after plan deductible |
| **Nutritional Evaluation** Calendar Year Maximum 3 visits per person however, the 3 visit limit will not apply to treatment of diabetes | | |
| Physician's Office Visit | No charge after the $15 PCP or $25 Specialist per office visit copay | 70% after plan deductible |
| Inpatient Facility | 100% | 70% after plan deductible |
| Outpatient Facility | 100% | 70% after plan deductible |
| Physician's Services | 100% | 70% after plan deductible |

myCigna.com





| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Dental Care** | | |
| (listed and charges made for a condition caused by dental treatment) ... | | |
| Physician's Office Visit | No charge after the $20 PCP or $20 Specialist per office visit copay | 30% after plan deductible |
| Inpatient Facility | 100% | 30% after plan deductible |
| Outpatient Facility | 100% | 30% after plan deductible |
| Physician's Services | 100% | 30% after plan deductible |
| **Obesity/Bariatric Surgery** | | |
| Note: Coverage is provided subject to medical necessity and clinical guidelines subject to any limitations shown in the "Exclusions, Expenses Not Covered and General Limitations" section of this certificate. | | |
| Physician's Office Visit | No charge after the $20 PCP or $20 Specialist per office visit copay | 30% after plan deductible |
| Inpatient Facility | 100% | 30% after plan deductible |
| Outpatient Facility | 100% | 30% after plan deductible |
| Physician's Services | 100% | 30% after plan deductible |
| Surgical Professional Services Lifetime Maximum $10,000 | | |
| Notes: – Includes charges for surgery only; does not include radiological services, etc. – Does not accumulate to the Out-of-Pocket Maximum. – Self-referred services accumulate to the maximum. | | |
| **Routine Foot Disorders** | Not covered except for services associated with foot care for diabetes and peripheral vascular disease when Medically Necessary | Not covered except for services associated with foot care for diabetes and peripheral vascular disease when Medically Necessary |
| **Treatment Resulting From Life-Threatening Emergencies** | | |
| Medical treatment required as a result of an emergency, such as a suicide attempt, will be considered a medical expense for medical services is also used. Even if the medical condition is stabilized whether the treatment will be characterized as either a medical expense or a mental health expense and the determination of the coverage... | | |

 Cigna

| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| Mental Health | | |
| Inpatient | 100% | 70% after plan deductible |
| Outpatient (Includes Individual, Group and Intensive Outpatient) | | |
| Physician's Office Visit | $15 per visit copay | 70% after plan deductible |
| Outpatient Facility | 100% | 70% after plan deductible |
| Substance Abuse | | |
| Inpatient | 100% | 70% after plan deductible |
| Outpatient (Includes Individual and Intensive Outpatient) | | |
| Physician's Office Visit | $15 per visit copay | 70% after plan deductible |
| Outpatient Facility | 100% | 70% after plan deductible |





















Cigna

approved by the Food and Drug Administration (FDA). Such drug must be covered, provided it is recognized as medically appropriate for that specific condition in one of the following reference compendia: the American Medical Association Drug Evaluations; the American Hospital Formulary Service Drug Information; the United States Pharmacopeia Drug Information; or it is recommended by a clinical study or review article in a major peer-reviewed professional journal; and the drug has not been contraindicated by the FDA for the use prescribed.

charges for insulin, insulin syringes, prefilled insulin cartridges for the blind, glucose test strips, visual reading strips and urine test strips, lancets, alcohol swabs and oral blood sugar control agents which are recommended or prescribed by a Physician, nurse practitioner or clinical nurse specialist for the treatment of diabetes. Diabetic pharmaceuticals are payable at the same Deductible and Coinsurance as any other Covered Expense.

charges for blood glucose monitors (including monitors for the blind), insulin pumps, infusion devices and related accessories. Charges for these items are not subject to the Durable Medical Equipment Maximum shown in The Schedule.

charges for the diagnosis and treatment of autism and other developmental disabilities.

For a primary diagnosis of autism or another developmental disability, Cigna provides coverage for the following medically necessary therapies as prescribed through a treatment plan:

- occupational therapy where occupational therapy refers to treatment to develop a covered person's ability to perform the ordinary tasks of daily living;
- physical therapy where physical therapy refers to treatment to develop a covered person's physical function; and
- speech therapy where speech therapy refers to treatment of a speech impairment.

If a covered person's primary diagnosis is autism, and the covered person is under 21 years of age, in addition to coverage for the therapy services as described above, Cigna also covers Medically Necessary behavioral interventions based on the principles of applied behavioral analysis and related structured behavioral programs as prescribed through a treatment plan. Except as stated below, such coverage of medically necessary behavioral interventions based on the principles of applied behavioral analysis and related structured behavioral programs is subject to a $36,000 maximum benefit per calendar year through 2011. (Thereafter the maximum benefit shall be adjusted by New Jersey regulation.)

NOTE: ANY [illegible] BEHAVIORAL INTERVENTION SERVICES A COVERED PERSON RECEIVES AS AN OUT-OF-NETWORK COVERED CHARGE WILL REDUCE THE AMOUNT AVAILABLE FOR NETWORK BEHAVIORAL INTERVENTION SERVICES.

**Exception:** If the Employer providing coverage under the Contract is subject to the Federal law governing parity in mental health and substance use disorder benefits the maximum benefit does not apply.

The treatment plan referred to above must be in writing, signed by the treating physician, and must include: a diagnosis; proposed treatment by type, frequency and duration; the anticipated outcomes stated as goals; and the frequency by which the treatment plan will be updated. Cigna may request additional information if necessary to determine the coverage under the plan. Cigna may require the submission of an updated treatment plan once every six months unless Cigna and the treating physician agree to more frequent updates.

- charges made for surgical or nonsurgical treatment of Temporomandibular Joint Dysfunction.

Clinical Trials

Charges made for routine patient services associated with cancer clinical trials approved and sponsored by the federal government. In addition the following criteria must be met:

- the cancer clinical trial is listed on the NIH web site www.clinicaltrials.gov as being sponsored by the federal government;
- the trial investigates a treatment for terminal cancer and: the person has failed standard therapies for the disease; cannot tolerate standard therapies for the disease; or no effective nonexperimental treatment for the disease exists;
- the person meets all inclusion criteria for the clinical trial and is not treated "off-protocol";
- the trial is approved by the Institutional Review Board of the institution administering the treatment; and

Routine patient services do not include, and reimbursement will not be provided for:

- the investigational service or supply itself;
- services or supplies listed herein as Exclusions;
- services or supplies related to data collection for the clinical trial (i.e., protocol-induced costs);
- services or supplies which, in the absence of private health care coverage, are provided by a clinical trial sponsor or other party (e.g., device, drug, item or service supplied by manufacturer and not yet FDA approved) without charge to the trial participant.

Second Surgical Opinion Benefits

Third Surgical Opinion Benefits

Limitations

Cigna

### Orthognathic Surgery

### Home Health Services





























Cigna

myCigna.com







## General Limitations

## Personal Injury Protection (PIP) or Out-of-State Automobile Insurance Coverage (OSAIC)


Cigna

## Coordination of Benefits

**KEEP NOTE:** If you are covered by more than one plan...

### Effect of This Provision

### Definitions











myCigna.com



Cigna

## Payment of Benefits





























## Women's Health and Cancer Rights Act (WHCRA)



## Group Plan Coverage Instead of Medicaid

## Continuation of Medical Leave Act of 1993 (as ended) (FMLA)

### Continuation of Health Insurance During Leave

## Reinstatement of Insured Benefits Following Leave

## Uniformed Services Employment and Re-Employment Rights Act of 1994 (USERRA)

### Continuation of Coverage

### Reinstatement of Benefits (applicable to all coverages)







myCigna.com















Cigna

## ISA Required Information

- name of the Plan is

- Seton Hall University Welfare Benefits Program

- name, address, ZIP code and business telephone number the sponsor of the Plan is

Seton Hall University
400 South Orange Avenue
South Orange, NJ 07079
973-761-9177

- player identification        Plan Number
  mber (EIN)

- XXXXXX            XXX

- name, address, ZIP code and business telephone number the Plan Administrator is

Contact us named above

- name, address and ZIP code of the person designated as ent for service of legal process is

Employer named above

- other designated to consider the appeal of denied claims

The Cigna Claims Office responsible for this Plan

- cost of the Plan is shared by Employees and Employees

- Plan's fiscal year ends on 12/31

- preceding pages set forth the eligibility requirements and nefits provided for you under this Plan

**an Type**

- plan is a healthcare benefit plan

**Review Bargaining Agreement**

- may contact the Plan Administrator to determine whether Plan is maintained pursuant to one or more collective gaining agreement and if a particular Employer is

**Discretionary Authority**

The Plan Administrator delegates to Cigna the discretionary authority to interpret and apply plan terms and to make factual determinations in connection with its review of claims under the plan. Such discretionary authority is intended to include, but not limited to, the determination of the eligibility of persons desiring to enroll in or claim benefits under the plan, the determination of whether a person is entitled to benefits under the plan, and the computation of any and all benefits pursuant. The Plan Administrator also delegates to Cigna the discretionary authority to perform a full and fair review, as required by ERISA, of each claim denial which has been appealed by the claimant or his duly authorized representative.

**Plan Modification, Amendment and Termination**

The Employer or Plan Sponsor reserves the right to, at any time, change or terminate benefits under the Plan, to change or terminate the eligibility of classes of employees to be covered by the Plan, to amend or eliminate any other plan term or condition, and to terminate the whole plan or any part of it. Cigna is not the employer, the employer has retained the fiduciary control over and responsibility for the plan, including the amendment or termination thereof.

Termination of the Plan together with termination of the insurance policy(s) which funds the Plan benefits will have no adverse effect on any benefits to be paid under the policy for any covered medical expenses incurred prior to the date that policy(s) terminates. Likewise, any extension of benefits under the policy(s) due to total or your Dependent's total disability which began prior to and has continued beyond the date the policy(s) terminates will not be affected by the Plan termination. Rights to purchase conversion of life and medical insurance to replace part of the benefits lost because the policy(s) terminated may also be available. Your benefits will cease on the termination of the Plan.

Your coverage under the Plan's insurance policy(s) will end on the earliest of the following dates:

- the date you leave Active service or take an approved leave or Termination of service

- the date you are no longer in an eligible class

- the Plan is terminated for any reason by the employer

- the date the policy(s) terminates

Your local Plan Administrator to determine eligibility of yourself or dependents or your or your Dependents.













Cigna

[illegible]

Cigna

[The body text of this page is too faded and illegible to transcribe reliably.]































Cigna

Cigna

[illegible]

(PPACA)

[illegible]

[illegible]

Primary Care Physician

[illegible]

[illegible]

[illegible]

Review Organization

[illegible]

Sickness – For Medical Insurance

[illegible]

Skilled Nursing Facility

[illegible]

myCigna.com





CIGNA
PO BOX 182223

CHATTANOOGA TN 37422

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

XXX PICA     PICA XXX

CARRIER

PATIENT AND INSURED INFORMATION

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

| | | |
|---|---|---|
| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL. | 15. OTHER DATE QUAL. | MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY |

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE:   17a.   17b. NPI    18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)    20. OUTSIDE LAB?  YES  X NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)  ICD Ind. 0

A. M48061   B. M5416   C.   D.
E.   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

PHYSICIAN OR SUPPLIER INFORMATION

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 09 11 19 | 09 11 19 | 22 | 63047 | 80 | AB | 9500 00 | 1 | | NPI | |
| 2 | 09 11 19 | 09 11 19 | 22 | 63048 | 80 | AB | 34500 00 | 1 | | NPI | |
| 3 | 09 11 19 | 09 11 19 | 22 | 63048 | 80 59 | AB | 34500 00 | 1 | | NPI | |
| 4 | 09 11 19 | 09 11 19 | 22 | 63048 | 80 59 | AB | 34500 00 | 1 | | NPI | |
| 5 | 09 11 19 | 09 11 19 | 22 | 76000 | 80 26 59 | AB | 2400 00 | 1 | | NPI | |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  SSN EIN
464029458  X

26. PATIENT'S ACCOUNT NO.
23047

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  X YES  NO

28. TOTAL CHARGE
$ 200900 00

29. AMOUNT PAID
$ 623 88

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

**BRIAN A BANNISTER, MD**
SIGNED    05 21 20 DATE

32. SERVICE FACILITY LOCATION INFORMATION
HUDSON REGINAL HOSPITAL
55 MEADOWLAND PKWY
SECAUCUS NJ 070942305

33. BILLING PROVIDER INFO & PH # (732)4932040
Monmouth County Pain Management
432 OCEAN BLVD UNIT 201
LONG BRANCH NJ 077405681

a.    b.     a.    b.

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB-938-1197 FORM 1500 (02-12)

Cigna
Appeals
PO Box 188011
Chattanooga, TN 37422



June 12, 2020

Monmouth County Pain Management
Attn: Purvi Joshi
432 Ocean Blvd. Unit 201
Long Branch NJ 07740



Dear Monmouth County Pain Management,

Your request for a Single Level Provider Payment Appeal for the service referenced above has been completed. After reviewing your request, we have decided to uphold the original decision.

We use a methodology similar to Medicare to determine reimbursement for the same or a similar service within a geographic market. Because we don't have any information that supports a reason to pay more than the Maximum Reimbursable Charge, we won't pay anything more towards this claim.

Additionally, your request for a copy of the benefit plan and all records relevant to the claim determination has been forwarded to the appropriate area for review and response.

This is the final internal level of appeal.

If you are not satisfied with this decision, you may be eligible to seek resolution through a state-contracted arbitration organization (AO), under the provisions of the New Jersey Health Claims Authorization, Processing and Payment Act (HCAPPA). This process is

All Cigna products and services are provided exclusively by or through such operating subsidiaries and not by Cigna Corporation. Such operating subsidiaries include Cigna Health and Life Insurance Company, Connecticut General Life Insurance Company, Cigna Behavioral Health, Inc., Cigna Health Management, Inc., subsidiaries of eviCore 1, LLC and HMO or service company subsidiaries of Cigna Health Corporation and Cigna Dental Health, Inc. Please refer to your ID card for the subsidiary that insures or administers your benefit plan. Cigna Health Management Inc. and Cigna Behavioral Health, Inc. are licensed or certified utilization review entities. The Cigna name, logo, and other Cigna marks are owned by Cigna Intellectual Property, Inc.

called the New Jersey Program for Independent Claims Payment Arbitration (PICPA), and the state-contracted arbiter is MAXIMUS, Inc.

To request a PICPA review, you must complete a MAXIMUS application accessible online at www.njpicpa.maximus.com, and submit the application, together with required review and arbitration fees.

If you wish to submit applications by mail, use the contact information provided on the MAXIMUS website at www.njpicpa.maximus.com. Supporting documentation may be submitted online, faxed or mailed using the case number generated through the online submission process. Fees must be submitted by mail at this time and must also include the case number. An application for arbitration will not be considered until the required application fees are received.

If you have any questions, please feel free to call Cigna at 1-800-882-4462. A representative will be happy to assist you.

Sincerely,

Vonda S.
Appeals Processor

# Civil Case Information Statement

**Case Details: MONMOUTH | Civil Part Docket# L-002063-22**

**Case Caption:** MONMOUTH COUNTY PAIN  MANAGEME
VS CIGNA HEALTH A

**Case Initiation Date:** 07/29/2022

**Attorney Name:** LORI B SHLIONSKY

**Firm Name:** CALLAGY LAW

**Address:** 650 FROM RD STE 565
PARAMUS NJ 07652

**Phone:** 2012611700

**Name of Party:** PLAINTIFF : MONMOUTH COUNTY PAIN
MANAGEMEN

**Name of Defendant's Primary Insurance Company**
(if known): Unknown

**Case Type:** CONTRACT/COMMERCIAL TRANSACTION

**Document Type:** Complaint

**Jury Demand:** NONE

**Is this a professional malpractice case?**  NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same
transaction or occurrence)?** NO

**Does this case involve claims related to COVID-19?** NO

**Are sexual abuse claims alleged by: MONMOUTH COUNTY PAIN
MANAGEMEN?** NO

## THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
CASE CHARACTERISTICS FOR **PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION**

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual
management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
        **If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
        **If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the
court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

<u>07/29/2022</u>
Dated

<u>/s/ LORI B SHLIONSKY</u>
Signed